■ MADELINE ASCHER, as Executrix of WILLIAM F. ASCHER, Deceased, Appellant, v. MEYER W. ROSS, Respondent.— Order entered on April 6, 1961, denying plaintiff's motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ. [27 Misc 2d 889.]

■ In the Matter of CRESCENZO LISI, Petitioner, v. POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE BRANHAM, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ UNIVERSAL PUBLISHING & DISTRIBUTING CORPORATION, Appellant, v. AMERICAN NEWS COMPANY, Respondent.— Order entered on February 24, 1960, denying plaintiff's motion for summary judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens and Eager, JJ.

■ L. D. P. CORP., Appellant, v. FOSTER-NEWMAN CONTRACTING CO., INC., et al., Respondents.— Order entered on April 19, 1961, denying plaintiff's motion for partial summary judgment, and granting defendants' cross motion for an order for leave to amend their answer, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ BARNET GELBER, Appellant, v. CARL JOFFE, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Order entered on November 18, 1958, sustaining the defendant's separate, affirmative defense of section 11 of the Workmen's Compensation Law, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE SCOTT, Appellant.— Order entered on September 18, 1958, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally and Steuer, JJ.

■ In the Matter of FABLAN STUDIOS, INC., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on April 18, 1960, dismissing an article 78 proceeding to annul the determination of the State Rent Administrator, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD KAZMIERSKI, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.